# CIVIL CAUSE FOR STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

**DATE:** December 4, 2012      **TIME:** 30 MINUTES      ★ DEC 04 2012 ★

LONG ISLAND OFFICE

**CASE NUMBER:**   2:12-cv-03900-SJF-AKT

**CASE TITLE:**   Johnson v. Andy Frain Services USA, Inc.

**PLTFFS ATTY:**   Louis Ginsberg
                   X  present         ___ not present

**DEFTS ATTY:**   John Bauer
                  X  present         ___ not present

**COURT REPORTER:**

**COURTROOM DEPUTY:** Jasmine Major

X    CASE CALLED.

_    HEARING HELD/ CONT'D TO_____.

_    ORDER ENTERED ON THE RECORD.

**OTHER:** Parties will be submitting a Stipulation of settlement.