COURTESY COPY
Original Filed by ECF

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

DEIRDRE JOHNSON, on behalf of herself and all others similarly situated,

    Plaintiff(s),

-against-

ANDY FRAIN SERVICES (USA), INC.,

    Defendant(s).

Civ. Action No.: 12-cv-3900 (SJF) (AKT)

**PROPOSED ORDER**

FILED
CLERK'S OFFICE
US DISTRICT COURT E D N Y

★ FEB 21 2013 ★

LONG ISLAND OFFICE

AND NOW, THIS 21st DAY OF February, 2013 the Court having reviewed the Complaint in this case executed by Plaintiff Deirdre Johnson ("Plaintiff") V. Andy Frain Services (USA), Inc. (collectively, the "Parties"), and considered applicable case law, and for good cause shown, it is **ORDERED, ADJUDGED** and **DECREED** that:

1. The Confidential Settlement Agreement & General Release: (a) is fair to all Parties; (b) reasonably resolves a bona fide disagreement between the Parties with regard to the merits of the Plaintiff's claims; and (c) demonstrates a good faith intention by the Parties that the Plaintiff's claims for liability and damages be fully and finally resolved, and not relitigated in whole or in part at any point in the future. The Agreement is therefore **APPROVED** by the Court. The Agreement is intended by the Parties to be confidential, and shall remain **SEALED** by order of this Court.

2. This lawsuit and the claims of Plaintiff are **DISMISSED WITH PREJUDICE** in their entirety.

3. Each party shall bear his/its own costs, including attorney's fees.

s/ Sandra J. Feuerstein
_____
UNITED STATES DISTRICT JUDGE

Agreed:

MCLAUGHLIN & STERN, LLP

By: _____
Lee S. Shalov
260 Madison Ave, 17th Floor
New York, NY 10016
P: 212.448.1100

LAW FIRM OF LOUIS GINSBERG, P.C.

By: _____
Louis Ginsberg
1613 Northern Blvd.
Roslyn, New York 11576
P: 516.625.0105

Attorneys for Plaintiff

LITTLER MENDELSON, P.C.

By: _____
John T. Bauer
Justin R. Marino
290 Broadhollow Road, Suite 305
Melville, New York 11747
P: 631.247.4700
F: 631.293.4526

Attorneys for Defendant

Firmwide:116825937.3 073132.1001